### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **Case No.: 2:13-CR-0456-RDP-JHE** |
| ) | |
| **JAMES DAVID KIRCUS** ) | |

### SENTENCING MEMORANDUM / MOTION FOR VARIANCE

**I.   A 36 month guideline sentence is the appropriate sentence in this case**

Undersigned counsel respectfully requests this Court sentence Mr. Kircus to a sentence of 36 months based on the unique facts of this case in that the "explosive device" as alleged in the indictment is an automobile air bag cannister.  A sentence of 36 months is appropriate in this case and will promote the factors outlined in 18 U.S.C. § 3553(a).  Counsel's position is that a sentence of more than 36 months would be longer than necessary to comply with the sentencing directives under 18 U.S.C. § 3553(a).

**II.   The § 3553(a) factors warrant a 36 month guideline sentence**

When considering the history and characteristics of Mr. Watts, and the unique nature of the facts of this offense, a sentence of 36 months is sufficient.  Any additional incarceration is far greater than necessary to meet the needs outlined by § 3553(a).

In terms of deterrence, the empirical research shows no relationship between sentence length and deterrence.[1]  The general research finds that "deterrence works," in the sense that there is less

---

[1] *See* THE SENTENCING PROJECT, DETERRENCE IN CRIMINAL JUSTICE 4 (2010), available at http://www.sentencingproject.org/doc/deterrence%20briefing%20.pdf; *see also* Remarks by Eric Holder at the Vera Institute of Justice's Third Annual Justice Address, available at http://www.vera.org/sites/default/files/resources/downloads/AG-Eric-Holder-Justice-Address-Transcript.pdf.

crime with a criminal justice system than there would be without one.[2] In contrast, there is evidence demonstrating that prison may heighten the risk of recidivism.[3] Therefore, researchers have concluded that it is the *certainty* of the sentence, not the severity of sentence, that imparts the deterrent effect.

A custodial sentence of 36 months (with supervised release to follow) also will allow Mr. Kircus to obtain additional vocational training and participate in appropriate programs

IV.   **Conclusion**

A sentence to 36 months is the appropriate sentence considering the unique nature and circumstances of this offense and the history and characteristics of Mr. Kircus.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

**/s/Rick L. Burgess**
Rick L. Burgess
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street, North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170 Office
Rick_Burgess@fd.org

---

[2] *See* id.

[3] *See* id. at 6-7 (stating that longer prison sentences are associated with a 3% increase in recidivism). *see also* THE SENTENCING PROJECT, INCARCERATION AND CRIME: A COMPLEX RELATIONSHIP 7 (2005), available at http://www.sentencingproject.org/doc/publications/inc_iandc_complex.pdf.

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

**/s/Rick L. Burgess**